**Opinion issued December 1, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00705-CV

————————————

## IN THE INTEREST OF N.P.R., A CHILD

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-38502**

## MEMORANDUM OPINION

Appellant, Rachel Christine Randal, has filed an amended motion to dismiss the appeal stating that she "no longer need[s] . . . to appeal" and requesting that the Court dismiss her appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(c). Although appellant did not include a certificate of conference in her amended motion, more than ten days have

passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the appellant's amended motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Hightower, and Countiss.